**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00836-CV

**JOHN REEDER, Appellant**

**V.**

**BILLIE BREWER CURRY, INDIVIDUALLY AND AS SUCCESSOR TO W.C. BREWER, DECEASED and TRINITY MATERIALS, INC., Appellees**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 66-738-86**

## ORDER

Before the Court is appellant's January 23, 2013 unopposed motion for extension of time to file reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief shall be filed on or before February 25, 2013.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE